IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JKG, BY AND THROUGH HIS PARENT, JK, AND JKG, INDIVIDUALLY, <br>             Plaintiffs, <br><br> v. <br><br> WISSAHICKON SCHOOL DISTRICT, <br>             Defendant. | Civil No. 2:19-cv-05276-JMG |

## ORDER

**AND NOW**, this 23rd day of March, 2021, upon consideration of Defendant's Motion for Judgment on the Administrative Record (ECF No. 12), Plaintiffs' Motion for Summary Judgment (ECF No. 15), Defendant's Response in Opposition to Plaintiffs' Motion (ECF No. 17), and Plaintiffs' Response in Opposition to Defendant's Motion (ECF No. 18), **IT IS HEREBY ORDERED** that, for the reasons set forth in the accompanying Memorandum:

1. Defendant's Motion for Judgment on the Admnistrative Record is **GRANTED**;
2. Plaintiffs' Motion for Summary Judgment is **DENIED**;
3. The Clerk of Court is directed to mark this action as **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge